William L. Buus (SBN 180059)
SCHIFFER & BUUS APC
3070 Bristol Street, Suite 530
Costa Mesa, CA 92626
Telephone: (949)825-6140
Facsimile:  (949)825-6141
Email:      wbuus@schifferbuus.com

Attorneys for Defendant
TRAIL CITY, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEEL CONSULTANTS, INC., <br><br>  Plaintiff, <br><br>  vs. <br><br> TRAIL CITY, LLC, and DOES 1-25, <br><br>  Defendants. | Case No.: CV13-03186 R (JCx) <br><br> Assigned to: <br> Hon. Manuel L. Real, Ctm. 8 <br><br> ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br> FRCP Rule 41(a)(1) |

The Court has received and considered the parties' stipulation for dismissal with prejudice under Federal Rules of Civil Procedure, Rule 41(a)(1) and, based upon that stipulation,

IT IS ORDERED that Plaintiff's action is hereby dismissed with prejudice in its entirety, and that the parties to this action shall bear their own attorney's fees and costs incurred in this action.

DATED: May 28, 2013

_____
Hon. Manuel L. Real
United States District Court Judge

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3070 Bristol Street, Suite 530, Costa Mesa, California 92626.

I hereby certify that on May 28, 2013, I electronically filed the foregoing [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Douglas A. Frymer, Esq.
1822-A E. Route 66 No. 277
Glendora, California 91740
Tel: (626)387-9707
Email: ipsedixit@roadrunner.com

Executed on May 28, 2013, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *William L. Buus*                        .